IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) CASE NO.: 3:21-cr-160-RAH-1 |
| | ) |
| DEVLON WILLIAMS | ) |

**MEMORANDUM OPINION and ORDER**

Jury selection and trial are set to begin on January 4, 2022. To ensure the efficient use of judicial resources and for good cause, it is

ORDERED as follows:

(1)  The petit jurors shall be kept together on the first day of trial, January 4, 2022; and

(2)  The Clerk of Court shall, pursuant to the provisions of 28 U.S.C. § 1871, expend sums to pay for meals for all petit jurors during the hours that the trial is in session on January 4, 2022.

DONE, on this the 15th day of December, 2021.

                                          /s/ R. Austin Huffaker, Jr.
                                          R. AUSTIN HUFFAKER, JR.
                                          UNITED STATES DISTRICT JUDGE